B 6F (Official Form 6F) (12/07)

In re **Paulette Gunter,**
**Winston Gunter.**
Debtor

Case No. **0911415**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~7002723039~~ | | | | | | | |
| ACCOUNT NO. 7002723039 Mercedes-Benz Financial Service P.O Box 9001680 Louisville, KY 40290 | | Joint | 1/7/2011 | | | | $8767.62 |
| ACCOUNT NO. Viener Orthopedics 7350 Van Dusen Rd Laurel, Md 20707 Suite #110 | | Winston Gunter | 3/2010 Medical Bill No insurance. | | | | $5438.67 |
| ACCOUNT NO. 401122726HL RMS 77 Hartford ST East Hartford, Ct 06128 Suite #401 | | Paulette Gunter | 8/10 | | | | $21,714.00 |
| | | | Subtotal▶ | | | | $35,920.29 |
| ___ continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $35,920.29 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Paulette Gunter_      Case No. _09 11415_
_Winston Gunter_            (if known)
    Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _12/20/11_      Signature: _[signed]_
                                    Debtor

Date _12/20/11_      Signature: _[signed]_
                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_Paulette K. Gunter_     _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_
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer             (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address _____

X _[signed]_                _12/20/11_
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Matrix**

**Viener Orthopedics**

**7350 Van Dusen Rd**

**Laurel, Md 20707**

**Suite #110**

Chapter 13 case # 0911415

**Matrix**

**RMS**

**77 Hartland St**

**East Hartfort Ct  06128**

**Suite #401**

Chapter 13 case #0911415

## Matrix

**Company: Mercedes-Benz Financial Services**

**Attn: First Class Finish Team**

**P.O Box 685**

**Roanoke, TX 76262**

Chapter 13 case # 09 11415

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 12/21/11

In re:   Case No.:   09–11415 WIL      Chapter:  13

Winston R Gunter                                               Paulette K. Gunter
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 103 – Amended Schedules filed: Schedule F, on Behalf of Paulette K. Gunter , Winston R Gunter Filed by Paulette K. Gunter , Winston R Gunter . (Attachments: # (1) Creditor Matrix Verification) (Horning, Kelly)

PROBLEM: The certificate of service was not signed by the debtor. (Federal Bankruptcy Rule 9011(a)

CURE: A signed certificate of service must be filed by the cure date shown below.

PROBLEM: The certificate of service did not state the newly added creditors were served .

CURE: Please file an amended certificate of service ONLY .

PROBLEM: A list of the newly added creditors was not filed.

CURE: Please file a list of ONLY the newly added creditors .

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 1/4/12.**

Additional information for non-attorney filers is available at **www.mdb.uscourts.gov/PS_debtor_after.aspx**.

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Kelly Horning  301–344–3393

cc:   Debtor(s)
      Attorney for Debtor(s) – Sherrie A. Smith

Form defntc (01/06)

022959                              4 5 6 0 7 0 2 2 9 8 1 0 2 4

Case 09-11415    Doc 109    Filed 12/28/11    Page 7 of 13

IN RE                                              Case No.09-11415 WL

**Winston & Paulette Gunter**                      Chapter 13

Debtor

## Certificate of Service

I hereby certify that a copy of the Chapter 13 plan was mailed postage prepaid, this Dec 27th day of December 2011 or via CM/EFC system to Nancy Spencer-Grigsby, Chapter 13 Trustee, 4201 Mitchellville Rd, Suite 401, Bowie, Maryland 20716 and all secured creditors.

Winston Gunter/

Paulette Gunter/



| B9I (Official Form 9I) (Chapter 13 Case) (12/07) | Case Number 09-11415 |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>District of Maryland</div> | |
| <div align="center">**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines**<br>The debtor(s) listed below filed a chapter 13 bankruptcy case on 1/29/09.<br><br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.<br>All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.<br>NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.</div> | |
| <div align="center">**\*\*\* See Reverse Side For Important Explanations and Possible Dismissal \*\*\***</div> | |
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Winston R Gunter<br>9009 Sumner Grove Drive<br>Laurel, MD 20708 | Paulette K. Gunter<br>9009 Sumner Grove Drive<br>Laurel, MD 20708 |
| Case Number:<br>09-11415    WIL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-7601<br>xxx-xx-6237 |
| Attorney for Debtor(s) (name and address):<br>Sherrie A. Smith<br>Law Offices of Sherrie A. Smith<br>1003 K Street NW<br>Suite 805<br>Washington, DC 20001<br>Telephone number: (202) 347-5991 | Bankruptcy Trustee (name and address):<br>Nancy L Spencer Grigsby<br>4201 Mitchellville Rd. Ste 401<br>Bowie, MD 20716<br>Telephone number: (301) 805-4700 |
| <div align="center">**Meeting of Creditors**</div> | |
| Date: **March 12, 2009** | Time: **10:00 AM** |
| Location: **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** | |
| <div align="center">**Deadlines**<br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines:</div> | |
| **Deadline to File a Proof of Claim:** | For all creditors (except a governmental unit): **6/10/09**<br>For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **7/28/09** |
| **Deadline to Object to Exemptions:** | Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **Deadline to Object to Plan:** | Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 8 days before the date set for hearing on confirmation of the plan. |
| **Deadline to File Certain Pleadings:** | Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by **3/12/09** |
| <div align="center">**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 5/11/09**</div> | |
| <div align="center">**Filing of Plan, Hearing on Confirmation of Plan**</div> | |
| The debtor has not filed a plan as of this date. A copy of the plan will be sent to you under separate cover by the debtor.<br>If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held: | |
| Date: **4/14/09** | Time: **10:00 AM** |
| Location: **6500 Cherrywood Lane, Courtroom 3-C, Greenbelt, MD 20770** | |
| <div align="center">**Creditors May Not Take Certain Actions:**</div> | |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. | |
| <div align="center">**Creditor with a Foreign Address:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.</div> | |
| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number: (301) 344-8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 1/30/09 |

| | EXPLANATIONS | B9I (Official Form 9I) (12/07) |
|---|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. | |
| **Possible Dismissal** | Debtor's failure to comply with the filing requirements of the Bankruptcy Code § 521(a)(1) within 45 days of the filing of the petition will result in the automatic dismissal of this case pursuant to § 521(i)(1). | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.* | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| | **Refer to Other Side for Important Deadlines and Notices** | |

| UNITED STATES BANKRUPTCY COURT District of Maryland | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Winston R Gunter<br>Paulette K. Gunter | Case Number: 09-11415 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:** _____
(*If known*)

Telephone number:

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
  **Describe:**

  **Value of Property:** $_____  **Annual Interest Rate** ___%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any:** $_____  **Basis for perfection:** _____

  **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___  ___INFORMATION___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: khorning         Page 1 of 1          Date Rcvd: Jan 30, 2009
Case: 09-11415                Form ID: B9I           Total Served: 30

The following entities were served by first class mail on Feb 01, 2009.
db          +Paulette K. Gunter,    9009 Sumner Grove Drive,    Laurel, MD 20708-3545
db          +Winston R Gunter,    9009 Sumner Grove Drive,    Laurel, MD 20708-3545
aty         +Sherrie A. Smith,    Law Offices of Sherrie A. Smith,    1003 K Street NW,   Suite 805,
              Washington, DC 20001-4429
tr          +Nancy L Spencer Grigsby,    4201 Mitchellville Rd. Ste 401,    Bowie, MD 20716-3164
24994333    +AT&T Wireless,    c/o Collection Company,    700 Longwater Drive,    Norwell, MA 02061-1624
24994337    +Chevy Chase Bank,    c/o Appelles,    PO Box 1197,   Westerville, OH 43086-1197
24994338    +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
24994821    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
24994345    +Kay Jewelers,    375 Ghent Rd,    Akron, OH 44333-4600
24994346     Mariner Finance,    PO Box 35394,    Baltimore, MD 21222-7394
24994348    +Mercedes-Benz Financial,    Customer Service,    PO Box 8065,    Royal Oak, MI 48068-8065
24994822     Prince George's County,    Treasurer Division,    Room 1090,   Upper Marlboro, MD 20772
24994349     Quest Diagnostics,    PO Box 64797,    Baltimore, MD 21264-4797
24994823    +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
24994352    +THD/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
24994353    +The Jim Rouse Entrepreneurial Fund,    9250 Bendix Road, North,    Columbia, MD 21045-1832
The following entities were served by electronic transmission on Jan 30, 2009.
24994334    +EDI: CAPITALONE.COM Jan 30 2009 16:53:00     Capital One,    PO Box 85520,
              Richmond, VA 23285-5520
24994335    +EDI: CHASE.COM Jan 30 2009 16:58:00     Chase,   201 N Walnut St,    Wilmington, DE 19801-2920
24994336    +EDI: CHASE.COM Jan 30 2009 16:58:00     Chase,   Bankruptcy Dept,    PO Box 15298,
              Wilmington, DE 19850-5298
24994339    +EDI: RMSC.COM Jan 30 2009 16:53:00     Gemb/Care Credit,    PO Box 981439,
              El Paso, TX 79998-1439
24994340    +EDI: HFC.COM Jan 30 2009 16:53:00     HFC - USA,    PO Box 1547,   Chesapeake, VA 23327-1547
24994341    +EDI: HFC.COM Jan 30 2009 16:53:00     HSBC Bank,    Attn: Bankruptcy,    PO Box 5253,
              Carol Stream, IL 60197-5253
24994342    +EDI: HFC.COM Jan 30 2009 16:53:00     HSBC Mortgage,    PO Box 9068,   Brandon, FL 33509-9068
24994343    +EDI: HFC.COM Jan 30 2009 16:53:00     HSBC/Best Buy,    1405 Foulk Rd,    Wilmington, DE 19803-2769
24994344    +EDI: HFC.COM Jan 30 2009 16:53:00     HSBC/Best Buy,    Atttn: Bankruptcy,    PO Box 6985,
              Bridgewater, NJ 08807-0985
24994347    +EDI: HFC.COM Jan 30 2009 16:53:00     Marlo Furniture,    Retail Services,   PO Box 17602,
              Baltimore, MD 21297-1602
24994350    +EDI: RMSC.COM Jan 30 2009 16:53:00     Sam's Club,    Attn: Bankruptcy,    PO Box 103104,
              Roswell, GA 30076-9104
24994351     EDI: RMSC.COM Jan 30 2009 16:53:00     Sams Club,    PO Box 530942,   Atlanta, GA 30353-0942
24994355    +EDI: WFNNB.COM Jan 30 2009 16:58:00     WFNNB/Ashley Stewart,    220 W Schrock Rd,
              Westerville, OH 43081-2873
24994354    +EDI: PROVID.COM Jan 30 2009 16:53:00      Washington Mutual,    Attn: Bankruptcy Dept.,
              PO Box 10467,   Greenville, SC 29603-0467
                                                                                            TOTAL: 14

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2009            Signature:  *Joseph Speetjens*