UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

In Re:                                      *
   Winston Gunter                   *   Case No.: 09-11415
   Paulette Gunter                  *
                                     *   Chapter 13
                                     *
_____*

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

COMES NOW, Sherrie A. Smith, Counsel for Debtors in the above matter respectfully moves this Honorable Court, pursuant to Maryland Local Rule 4(c)(1), to strike her appearance as Counsel from this case. In support of this request, Counsel states:

1. Counsel was retained by Winston and Paulette Gunter on December 18, 2008

2. Counsel entered her appearance in the above matter on January 29, 2009.

3. Counsel has fulfilled her obligations pursuant to the retainer agreement signed by Debtors and Counsel.

4. Pursuant to Local Rule 4(c)(1), Counsel certifies that on June 24, 2013, written notice of Counsel's intention to withdraw her appearance as said client's attorney in this case was mailed first-class, prepaid postage to Debtors.

5. Debtors have already consulted and retained new counsel to represent them.

6. Counsel withdrawal will not adversely affect Debtors in their bankruptcy case.

WHEREFORE, Counsel for Winston and Paulette Gunter, Sherrie Smith and the Law Offices of Sherrie A. Smith, Pllc, respectfully request that this Honorable Court grant the Motion to Withdraw Appearance of Counsel.

Date: July 11, 2013                           Respectfully submitted,

                                      /s/ Sherrie Smith
                                      Sherrie A. Smith, 013711
                                      Law Offices of Sherrie A. Smith, Pllc
                                      1003 K Street, N.W. Suite 805
                                      Washington, D.C. 20001
                                      (202) 347-5991

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Maryland Local Rule 4(c)(1)
2. The Record Herein

                                      /s/ Sherrie Smith
                                      Sherrie A. Smith, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2013, a copy of the foregoing Motion to Withdraw Appearance of Counsel was served CM/ECF system to: Nancy Spencer Grigsby, Chapter 13 Trustee, 4201 Mitchell Road, Ste, 402, Bowie, MD 20716 and by first class mailed, postage prepaid Winston and Paulette Gunter, 9009 Sumner Grove Drive, Laurel, Maryland, 20708.

                                      /s/ Sherrie Smith
                                      Sherrie A. Smith, Esq.